# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

       Plaintiff,

v.

La Vang,

      Defendant.

### COURT MINUTES - CRIMINAL
BEFORE: DAVID T. SCHULTZ

U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 19-cr-97 NEB/BRT |
| Date: | April 11, 2019 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:10 p.m. |
| Time Concluded: | 2:12 p.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

 Plaintiff: Nathan Nelson, Assistant U.S. Attorney
 Defendant:  Robert Lengeling
   ✖ retained

**Indictment Dated:** April 1, 2019

 ✖ Reading of Indictment Waived  ✖ Not Guilty Plea Entered

Other Remarks:

 ✖ Counsel to be notified of additional dates by separate Order to be issued.

          _____ s/Janet Midtbo__
          Signature of Courtroom Deputy